PITTMAN, Judge.
Affirmed. No opinion.
See Rule 53(a)(1) and (a)(2)(E), Ala. R.App. P.; Rule 56(e), Ala. R. Civ. P.; Wal-Mart Stores, Inc. v. Smitherman, 743 So.2d 442 (Ala.1999); Bradford v. Stanley, 355 So.2d 328 (Ala.1978); Law v. Gulf States Steel Co., 229 Ala. 305, 156 So. 835 (1934); Alabama Fuel & Iron Co. v. Vaughan, 205 Ala. 589, 88 So. 857 (1921); Gulf Red Cedar Co. v. Walker, 132 Ala. 553, 31 So. 374 (1902).
This case was transferred to this court by the supreme court, pursuant to § 12-2-7(6), Ala. Code 1975.
YATES, P.J., and THOMPSON, J., concur.
CRAWLEY and MURDOCK, JJ., dissent.